David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
*e-mail: dlm@mazarolilaw.com*
-----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FEDERAL INSURANCE COMPANY                    :

              Plaintiff,                    :      07 Civ. 11349 (RJS)
                                                          **ECF CASE**
    - against -                    :      **RULE 7.1**
                                                          **DISCLOSURE STATEMENT**
M/V "MAERSK VOSHOD", her engines,            :
tackle, boilers, etc.; *et al.;*

                                                 :
              Defendants.
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the court to evaluate possible disqualification or recusal, the

undersigned counsel of record for a private nongovernmental corporate party discloses

that the following are parent corporations of that party and the publicly held corporations

that own 10% or more of the party's stock:

      Federal Insurance Company is a wholly owned subsidiary of The Chubb
      Corporation, a publicly traded company on the New York Stock Exchange.


Date:  New York, New York
       November 20, 2007                    *s/David L. Mazaroli*

                              _____
                              David L. Mazaroli (DM 3929)
                              Attorney for Plaintiff
                              11 Park Place - Suite 1214
                              New York, New York 10007
                              Tel.: (212)267-8480
                              Fax.: (212)732-7352
                              E-mail: dlm@mazarolilaw.com
                              File No.: 7C-1492