DLM REF.: 7C-1492



## WAIVER OF SERVICE OF SUMMONS

TO: <u>David L. Mazaroli, Attorney for Plaintiff</u>

    I acknowledge receipt of your request that I waive service of a summons in the action of **FEDERAL INSURANCE COMPANY v. M/V "MAERSK VOSHOD"**, <u>et al</u>. which is case number 07 CIV. 11349 (RJS) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **December 20, 2007**, or within 90 days after that date if the request was sent outside the United States.

                                       Maersk Sealand, A.P. Moller-Maersk A/S trading as Maersk Sealand, Maersk Line, Maersk Inc., Maersk Puerto Rico
Giralda Farms
Madison Avenue
P.O. Box 880
Madison, New Jersey 07940

12/27/07
Date

Signed: _(signature)_
Name:
Title:
Company: MAERSK LINE