25-08/MF/JTN
Freehill, Hogan & Mahar, LLP
Attorneys for Defendant
A.P. MOLLER - MAERSK A/S,
MAERSK, INC. and
MAERSK PUERTO RICO, INC.
80 Pine Street
New York, New York 10005-1759
Michael Fernandez, Esq. (MF-4514)
Justin T. Nastro, Esq. (JN-2776)
212 425 1900 (Tel)
212 425 1901 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,

                    Plaintiff,                  07 Civ. 11349

                                              Judge Sullivan

                  -against-              ***RULE 7.1 STATEMENT***

M/V "MAERSK VOSHOD", her engines,
tackle, boilers, etc., MAERSK SEALAND;
A.P. Moller-MAERSK A/S trading as MAERSK
LINE; MAERSK INC.,; MAERSK PUERTO RICO,
INC., HORIZON LINES, LLC;

                    Defendants.

----------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Defendant A.P. Moller-Maersk A/S (a private non-governmental party) it is a company traded on the Copenhagen stock exchange.

NYDOCS1/299245.1

Dated: New York, New York
February 20, 2008

                      FREEHILL HOGAN & MAHAR, LLP
                      Attorneys for Maersk Defendants

By: _____
     Michael Fernandez, Esq. (MF-4514)
     Justin T. Nastro (JN-2776)
     80 Pine Street
     New York, New York 10005
     (212) 425-1900