John A. Orzel (JAO-2420)
DeORCHIS, & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

Attorneys for Defendant,
Horizon Lines, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FEDERAL INSURANCE COMPANY;

                              Plaintiffs,        ECF CASE

   - against -

                                            07 Civ. 11349 (RJS)

M/V " MAERSK VOSHOD", her engineers,
tackle, hoilers, etc.; MAERSK SEALAND; A.P.    ***RULE 7.1 STATEMENT***
MOLLER-MAERSK A/S trading as MAERSK
LINE; MAERSK INC.; MAERSK PUERTO
RICO, INC.; HORIZON LINES LLC;

                              Defendants.
-----------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for private (non-governmental) defendant HORIZON LINES LLC states that at all times relevant to the allegations of the Complaint, defendant's stock had traded and does trade on the New York Stock Exchange.

Dated: New York, New York
       March 12, 2008

                                  DeORCHIS, & PARTNERS, LLP
                                  Attorneys for Defendant HORIZON LINES LLC.

                                  By: /s/ John A. Orzel_____
                                     John A. Orzel (JAO-2420)
                                     61 Broadway, 26th Floor
                                     New York, New York  10006-2802
                                     (212) 344-4700
                                     Our File:  2104-38

TO:   LAW OFFICES OF DAVID L. MAZAROLI
        11 Park Place – Suite 1214
        New York, NY  10007
        (212) 267-8480
        Att.: David L. Mazaroli, Wsq. (DM-3929)

TO:   FREEHILL, HOGAN & MAHAR LLP
        80 Pine Street
        New York, NY  10005
        (212) 425-1900
        Att.: Michael Fernandez, Esq. (MF-4514)