John A. Orzel (JAO-2420)
DEORCHIS, & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendant,
Horizon Lines, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FEDERAL INSURANCE COMPANY;

                    Plaintiffs,                  ECF CASE

- against -

                                      07 Civ. 11349 (RJS)

M/V " MAERSK VOSHOD", her engineers,
tackle, hoilers, etc.; MAERSK SEALAND; A.P.        ***ANSWER***
MOLLER-MAERSK A/S trading as MAERSK        ***TO CROSS CLAIM***
LINE; MAERSK INC.; MAERSK PUERTO
RICO, INC.; HORIZON LINES LLC;

                    Defendants.
-----------------------------------------------------------x

        Defendant HORIZON LINES LLC ("Defendant") by and through its undersigned counsel, as and for its answer to the Cross-Claim by A.P MOELLER-MAERSK A/S, MAERSK, INC., and MAERSK PUERTO RICO, INC cross-claim ("MAERSK defendants), alleges upon information and belief as follows:

        1.        Defendant HORIZONT LINES LLC repeats, reiterates, realleges and incorporates herein each and every admission, denial and denial of knowledge and information set forth in its Answer to the Complaint, including each and every affirmative defense, with the same force and effect as if herein set forth at length and herein.

### ANSWER TO CROSS-CLAIM BY A.P MOELLER-MAERSK A/S, MAERSK, INC., and MAERSK PUERTO RICO, INC
### AGAINST HORIZON LINES LLC

2.  Denies each and every allegation contained in paragraph 31 of Plaintiffs' Cross Claim.

3.  Denies each and every allegation contained in paragraph 32 of Plaintiffs' Cross Claim.

4.  Denies each and every allegation contained in paragraph 33 of Plaintiffs' Cross Claim.

WHEREFORE, Defendant, HORIZON LINES LLC, prays:

(a) That the Court adjudge that it has no liability for any loss or damage alleged in the Cross-Claim and that it have and recover from Co-Defendant its costs of defense incurred herein;

(b) that the Cross-Claim be dismissed;

(c) that if liability is found against it, the Court award contribution from or indemnity in full against the Defendants, MAERSK SEALAND, A.P. MOLLER-MAERSK A/S trading as MAERSK LINE, MAERSK INC., MAERSK PUERTO RICO, INC., together with the costs and disbursements of this action and reasonable counsel fees;

(d) that it may have such other and further relief as may be deemed just and proper in the premises.

Dated: New York, New York
       March 12, 2008

                                                              DeORCHIS, & PARTNERS, LLP
                                                             Attorneys for Defendant HORIZON LINES LLC.

                                                             By: /s/ John A. Orzel
                                                                 John A. Orzel (JAO-2420)
                                                                 61 Broadway, 26th Floor
                                                                 New York, New York  10006-2802
                                                                 (212) 344-4700
                                                                 Our File:  2104-38

TO:    LAW OFFICES OF DAVID L. MAZAROLI
          11 Park Place – Suite 1214
          New York, NY  10007
          (212) 267-8480
          Att.: David L. Mazaroli, Wsq. (DM-3929)

TO:    FREEHILL, HOGAN & MAHAR LLP
          80 Pine Street
          New York, NY  10005
          (212) 425-1900
          Att.: Michael Fernandez, Esq. (MF-4514)