UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FEDERAL INSURANCE CO.,

            Plaintiff,

           -against-

M/V MAERSK VOSHOD, HER ENGINES,
BOILERS, ETC., ET AL.,

           Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/08
```

ORDER
07 Civ. 11349 (RJS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The telephonic status conference scheduled previously for October 20, 2008, at 10:30 a.m., will be held at 5:00 p.m. Counsel to the plaintiff shall initiate the conference, at that time, to (212) 805-6705.

Dated: New York, New York
       June 26, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE